VAUGHN *v.* STRONG.

*(Supreme Court, General Term, Third Department.* March 16, 1889.)

Appeal from special term, Washington county.

Action by Thomas S. Vaughn against Mary M. Strong, administratrix of Thomas J. Strong, deceased, to recover money received by intestate as trustee or friend for plaintiff, he being an infant. Report of referee in favor of defendant was confirmed, and from a judgment thereon plaintiff appeals. .

Argued before LEARNED, P. J., and LANDON and INGALLS, JJ.

*D. J. Sullivan, (W. Farrington,* of counsel,) for appellant. *G. M. Ingalsbe, (Lyman H. Northup,* of counsel,) for respondent.

INGALLS, J. The judgment herein in favor of the defendant, and the order of the special term confirming the report of the referee, must be reversed, and a new trial ordered before another referee, with costs to abide the event, as provided by the statute in such cases. The ground upon which such reversal is based is stated and discussed in the opinion delivered in the case of *Vaughn* v. *Strong, ante,* 686. The evidence and the questions involved in the two cases are substantially alike. All concur.